# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| HARJRUDIN OSMANOVIC, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:09CV00980 ERW |
| ) | |
| RICARDO A. WONG, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

This matter is before the Court on petitioner's petition for review of an order of deportation. Pursuant to 8 U.S.C. § 1252(b)(2), a petition for review of an order of deportation must "be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." The district courts lack jurisdiction over such challenges. 8 U.S.C. § 1252(a)(5) ("a petition for review filed with an appropriate court of appeals in accordance with this section shall be the sole and exclusive means for judicial review of an order of removal."). As a result, the Court will dismiss this action pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal shall accompany this Order.

So Ordered this 8th Day of July, 2009.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE